UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Date:   May 22, 2006

To:     Judge Barbadoro

From:   Dan Lynch  *djl*

In re:  Motion for Special Admission

    Before we open this case and add plaintiff's attorney to the case, it would work more efficiently if we got a ruling on his motion to waive pro hac admission. Thus, I have attached the original of that motion and the complaint for your review and ruling. Thanks.

"I do not agree that plaintiff cannot obtain local counsel. Motion Denied."  PB 5-23-06

U.S. DISTRICT COURT
District of New Hampshire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

MAY 2 2006

FILED

**Randal C. Fritz,**
    Plaintiff

v.

Civil Action No. 1:06-cv-191-PB

**Katharine A. Daly, Et al.**
Defendants.

### PLAINTIFF COUNSEL'S MOTION

### FOR WAIVER OF LOCAL RULE 83.2(b)

### OR

### ALTERNATIVELY

### FOR TEMORARY ADMISSION TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE PURSUANT TO LOCAL RULE 83.1(C)

**NOW COMES** Attorney Pierre C. Rumpf, and respectfully moves the United States District Court for the District of New Hampshire for a waiver of local counsel pursuant to LR 83.2(b) (**Pro Hac Vice Admissions**), *or alternatively*, for temporary admission to the Bar of this Court pursuant to LR 83.1(c), **Special Admissions**. In support of his motion, Attorney Rumpf attaches and incorporates herein an Affidavit of his client and plaintiff, Randal C. Fritz, and states as follows:

1. I am an attorney licensed to practice law in Massachusetts maintaining a business address at 24B Elm Street, Manchester-by-the-Sea, 01944.

2. I request waiver of LR 83.2(b) or temporary admission pursuant to LR 83.1(c) so that I can represent my client, Mr. Randal C. Fritz.

*[handwritten annotation: I do not agree that plaintiff can't obtained counsel. Motion denied. 5-23-06]*

1