UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Randal Fritz

        v.                              Case No. 06-cv-191-PB

Katharine Daly, et al


O R D E R

The plaintiff has failed to comply with the Order dated November 8, 2006, accordingly the case is dismissed as to John Doe and Jane Doe.


SO ORDERED.


January 10, 2007                                /s/ Paul Barbadoro
                                                           Paul Barbadoro
                                                           United States District Judge


cc:    Pierre Rumpf, Esq.
        Paula Werme, Esq.
        Nancy Smith, Esq.
        Debra Weiss Ford, Esq.